**15-5419**

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

FILED OCT 22 2015
WILLIAM W. BLEVINS
CLERK

SECT. G MAG. 2

Anderson Brooks, Plaintiff

-vs-

Dr. Joseph Miller and East Jefferson Hospital, Defendant

TENDERED FOR FILING
OCT 22 2015
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

COMPLAINT

Bad medicine prescribed by Dr. Joseph Miller

TO WHOM IT MAY CONCERN,

WHEN I BUILT MY SHOP IT WAS ZONED C-2 AND I WENT THROUGH 33 INSPECTIONS. THEN THEY WANTED TO ADD A CLAUSE THAT WHEN MY SON AND I DIED THE ZONING WOULD BE CHANGED TO R-2. I FOUGHT THIS AND WON IN 24TH DISTRICT COURT AND CIVIL COURT. I THOUGHT ALL WAS TAKEN CARE OF.

WHEN I WENT TO EAST JEFFERSON HOSPITAL FOR MY KNEE I WAS GIVEN A SLING AND A SHOT. WHEN I WAS DRIVING HOME FROM THE HISPITAL I WENT BLANK AND DID NOT KNOW WHERE I WAS. I BELIEE IT WAS FROM THE SHOT. MY ARM AND BUTT WERE PARALYZED. I DO NOT HAVE ANY FEELING AND WANT TO FILE A MALPRACTICE SUIT AGAINST EAST JEFFERSON HOSPITAL AND DR. JOSEPH MC MILLAN.

I ENDED UP IN THE HOSPITAL FOR A YEAR AND 72 DAYS. NO FEELING IN ENTIRE BODY. FELL SEVERAL TIMES IN HOSPITAL UNDER NURSES CARE. MY TOE WAS HANGING AND THE BOTTOM OF MY FOOT WAS WHITE BUT DOCTOR NEVER LOOKED AT IT. HE JUST LAUGHED AND SAID THERE WAS NOTHING THEY COULD DO FOR ME. THE THERAPIST SAIS I WOULD PROBABLY NEVER WALK AGAIN,

WHEN I GOT HOME FROM THE HOSPITAL I FOUNS OUT THAT MY ZONING HAD BEEN CHANGED TO R-2 BY DR. MCMILLAN.

I WOULD LIKE TO SUE EAST JEFFERSON AND DR. MCMILLAN FOR $ TRILLION AND INCLUDE LAWYER FEES AND A NURSE AS NEDED. I WOULD LIKE TO BE PAID 25% A DAY UNTIL DEPT IS COMPLETELY PAID

Dated: 9/7/15

#15

Fannie Munson when I come back through I was paralyzed man on back for 20 yrs. Stayed in bed 6 yrs.

(YOUR SIGNATURE IN INK)
Anderson Brooks
*Anderson Brooks*
213 Wilker Neal Ave.
River Ridge, LA 70123
504-583-5538

Fee $400
Process
X Dktd
CtRmDep
Doc. No.

# Jurisdictional Statement Law & Legal Definition

Jurisdictional statement is the section of an appellate brief that asserts the basis of appealability and the suitability of the court to hear the claim. It states the name of the trial court and the judge. It also contains the final judgment's date which is listed on the certificate of distribution. This statement clearly mentions that there is a final judgment to be appealed from the trial court.

Statement of the Parties

The **party** admission, in the law of evidence, is a type of **statement** that appears to be hearsay (an out of court **statement**) but is generally exempted (excluded) from the **definition** of hearsay.

Statement of Claim Definition:
> The document which sets out the plaintiff's allegations of fact and thus, engages the judicial process by seeking trial.

**Related Terms: Style of Cause, Petition, Writ, Statement of Defence**

A written statement of the initiating litigant, called a **plaintiff**, in which he/she must state their case: the facts on which they intend to rely upon and the relief they seek, to the **defendant**and for the public record, for which they seek a civil **trial** and judicial determination.

A document that must be filed with the Court and copied onto the defendant and in which the plaintiff must set out the facts which support his case, usually in numbered paragraphs. the level of detail is a matter of debate amongst**barristers**; the more experienced ones seeming to prefer succinctness, with others preferring to fully disclose the facts to be transparent and so as to not risk having the Court later discourage any allegations they wish to lead at trial on the basis that they were not alleged in the statement of claim.

In Gevaert v. Arbuckle, 1998, reported at 163 DLR 4th 762, the Ontario Court stated the purpose of a statement of claim:
"A valid Statement of Claim must disclose a presently existing, legally recognized claim against the Defendant. It must say: 'I, Plaintiff, have a claim against you, Defendant.'"

As the Alberta Rules of Court stipulate at ¶5(1)(r), a statement of claim is the document "by which a plaintiff commences his action" (and the statement of defence, the document "by which a defendant answers the plaintiff's statement of claim").
A statement of claim is the first - or one of the first - steps in engaging the justice system to resolve a dispute by **trial**.

A statement of claim must be delivered upon the defendant.

Statement of claims are critical documents in the trial process, and in some cases, the failure of alleging certain facts relevant or necessary to the relief claimed can be fatal or at the very least, disappoint someone you don't want to disappoint: the trial judge.

**Claim for Relief**

*The section of a modern complaint that states the redress sought from a court by a person who initiates a lawsuit.*

A civil action is commenced with the filing of a complaint with the court. The person who is seeking money damages or a court order, called the plaintiff, files a complaint, which notifies or warns the defendant that legal action has begun. Within a complaint, the claim for relief portion sets forth a short, concise statement justifying the relief requested by the plaintiff.

Even tho is mRI up
must + here
in change 2015.
Beard FOH I
has 4 more seen
but me
By 5-0 Football
state And they
Page Justice mi
be the hanging

The 3th day of my Toe was Hanging laugth 5 weeks I'm Still Laugth my Toe was Hanging Doktor on Teens Part Red From the pike of he Let me tell on Flook hug

After a beake the Take off when told Laugth TOE?

12-17 August on cort.
I was try walk and I fall on the floor was not able to more ASS + Leg skin op. 17 I heat my had was not able to blood was floors outs?

Thank You!

Anderson Brook
Anderson Brook

Brooks, Anderson
10/03/1949  Oct 05 2005 19:57 WAITING

4171045  11224650629

# EAST JEFFERSON GENERAL
# EMERGENCY TRIAGE RECORD

Acct:

| | Ord | Time |
|---|---|---|
| Old Chart | | |
| CBC | | |
| BMP | | |
| CMP | | |
| Amylase | | |
| Lipase | | |
| PT / PTT | | |
| CKMB | | |
| Troponin | | |
| CRP | | |
| BHCG | | |
| Coma Panel | | |
| ETOH | | |
| U / A | | |
| Urine C&S | | |
| Bld C&S x | | |
| EKG | | |
| CXR/Port CXR | | |
| CT Scan | | |

**TRIAGE**
Wed, Oct 05 2005 19:03 by Kim Folse
NAME: Anderson Brooks  AGE: 56  GENDER: Male
DOB: Oct 03, 1949
Pre-Hospital Tx.: NO
ADMITTING: ahmed  URGENCY: 4 Less Urgent
ADMISSION SOURCE: Ambulatory  BED: WAITING
COMPLAINT: leg pain
MEDICATIONS:  meds for diabetes, htn- unsure of rest of meds.
HX OF COMPLAINT:  pt c/o pain to r knee. states pain radiates down r leg. states discomfort present since monday. ambulatory w/ cane.
PAST MEDICAL HX:  htn, dm,.
ALLERGIES:  nka.
IMMUNIZATIONS/WEIGHT: Tetanus Status: < 5 years, Weight In Pounds : 245.
EXAMINATION: LOC: Alert, Respiration is normal, Skin is warm, Skin color is normal, History obtained from patient, Circulation: Present, Psycho/Social Calm.
TREATMENTS IN PROGRESS: No treatment.
VITAL SIGNS: BP 168/76 PULSE 83 RESP 20 TEMP 98.3 PAIN 7 O2 SAT 98.
IBEX NUMBER: 20051005190353

| Monitor | | | | Pulse Ox | | Accu Check | | Hep Lock | | | 02 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | Temp | Pulse | Resp | B/P | Pulse Ox | FIO2 | Time | Temp | Pulse | Resp | B/P | Pulse Ox | FIO2 |
| 2225 | 97.8 | 71 | | 145/82 | 92 | | | | | | | | |

**DOCTOR'S FINDINGS:**
HPI: [illegible handwriting] pain injured knee 10 d ago

ROS: struck concrete picking up [illegible] from bed

PMH: [illegible] effusion

SH:

FH:

**TIME SEEN:**

**ADDITIONAL ORDERS:** x-ray knee including patella

ace wrap
knee immobilizer
crutches

**DIAGNOSIS / IMPRESSION:**

**INSTRUCTIONS:** knee contusion/sprain [illegible]
f/u [illegible] ortho

M.D. SIGNATURE:  Dictation #:  ☐ IBEX  ☐ Face Sheet Only

FCO-678-1843

Prepared: Wed, Oct 05 2005 at 19:03 by Kim Folse        Page: 1 of 1
Copyright 2001, Ibex Healthdata Systems, all rights reserved. Initials_____

Form No. 101 [CITATION]

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

GRETNA, LA 70054

**DIV. I**
JUDGE
JO ELLEN GRANT

RIVER RIDGE COMMUNITY ASSOCIATION

**SERVICE**

VERSUS

JEFFERSON PARISH COUNCIL et al
MOTION TO SUPPLEMENT & AMEND PET/2ND SUPPLEMENTAL & AMENDING PET             P010

NUMBER: 104-773675

SON BROOKS
MUFFLER SHOP
ATLANTA
RIVER RIDGE, LA 70123
PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-Fourth Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN 15 CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney C. JAMES GELPI and was issued by the Clerk of Court on the 19 day of March, 1999.

Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

---

SERVICE INFORMATION

Received on the _____ day of _____, 19 ____ and on the
_____ day of _____, 19 ____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED: PARISH OF _____ this _____ day of _____

SERVICE   $_____                      BY: _____
MILEAGE   $_____                           Deputy Sheriff
TOTAL     $_____

ORIGINAL - Return    COPY - Service    COPY - Clerk

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 477-367     DIVISION "I"

RIVER RIDGE COMMUNITY ASSOCIATION, ET AL

VERSUS

JEFFERSON PARISH COUNCIL, ET AL

FILED: _____    _____
                                                                          DEPUTY CLERK

## MOTION TO SUPPLEMENT AND AMEND PETITION

NOW INTO COURT, through undersigned counsel, come plaintiffs, River Ridge Community Association and Dr. Joseph Miller, and pursuant to Louisiana Code of Civil Procedure article 1151, respectfully move this Court for permission to supplement and amend their Petition in the manner set forth in the attached pleading.

The requested leave to supplement and amend expressly adds a request for the remedy of declaratory judgment to this long standing suit which remedy was previously implied and this request should not be cause for delay of the trial presently set for April 7, 1999. Opposing counsel for Jefferson Parish has been contacted and has no objection to this pleading. Communication to opposing counsel for Anderson Brooks remains unanswered at this time.

Respectfully submitted,

GELPI & ASSOCIATES
A Professional Law Corporation


_____
C. JAMES GELPI (#6002)
203 Carondelet Street, Suite 907
New Orleans, Louisiana 70130
Telephone: (504) 522-1153
Attorney for plaintiffs

## ORDER

Considering the foregoing;

IT IS ORDERED that the attached Second Supplementing and Amending Petition be and is entered into the record of the captioned matter.

New Orleans, Louisiana, this _18_ day of _March_____, 1999.

_____
JUDGE

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE
_____
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA.

Form No.: 401 [CITATION]

6/17/89

**24TH JUDICIAL DISTRICT COURT**
**PARISH OF JEFFERSON**
**STATE OF LOUISIANA**

GRETNA, LA 70054

**DIV. I**
**JUDGE**
**JO ELLEN GRANT**

**SERVICE**

RIVER RIDGE COMMUNITY ASSOCIATION

VERSUS

JEFFERSON PARISH COUNCIL et al
SUPPLEMENTAL & AMENDED PETITION

P01

DOCKET NUMBER: 412736/E

C : ANDERSON BROOKS
BROOKS MUFFLER SHOP
201 ATLANTA
RIVER RIDGE LA 70123

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-Fourth Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN 15 CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney C. JAMES GELPI and was issued by the Clerk of Court on the 15 day of June, 1989.

_____
Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

---

**SERVICE INFORMATION**

Received on the _____ day of _____, 19 _____ and on the
_____ day of _____, 19 _____ served the above named party as follows:

**PERSONAL SERVICE** on the party herein named _____

**DOMICILIARY SERVICE** on the party herein named by leaving the same at his domicile in this parish in the hands of _____, a person apparently over the age of discretion residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED: PARISH OF _____ this _____ day of _____
19 _____.

SERVICE     $_____                    BY: _____
MILEAGE     $_____                         Deputy Sheriff
NOTICE      $_____
TOTAL       $_____

ORIGINAL - Return     COPY - Service     COPY - Clerk

FILED: _____    _____
                                        DEPUTY CLERK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SUPPLEMENTAL AND AMENDING PETITION

The supplemental and amending petition of the River Ridge Community Association and Dr. Joseph Miller, plaintiffs in the above-entitled and numbered cause, respectfully represent that plaintiffs desire to supplement and amend their original petition filed herein on the 21st day of April, 1995, in the following respects:

1.

By renumbering the paragraphs sequentially numbered III, IV, V, and VI as follows: IV, V, VI and VII.

2.

By amending Paragraph I of the original petition to read as follows:

"I.

The joint petition of the River Ridge Community Association, a non-profit Louisiana corporation domiciled in the Parish of Jefferson, State of Louisiana, and Dr. Joseph Miller, an individual and officer of the River Ridge Community Association, a person of the full age of majority and a resident of and domiciled within the Parish of Jefferson, State of Louisiana, and, further, a resident of that area designated as River Ridge."

3.

By amending Paragraph II of the original petition to read as follows:

"II

Made defendants herein are the Parish of Jefferson, the Jefferson Parish Council and its current members, Aaron Broussard,



PARALYZED VEGETABLE

2005

Stay in Bed 6 mos



