UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANDERSON BROOKS                                CIVIL ACTION

VERSUS                                         NO: 15-5419

JOSEPH MILLER, et al                           SECTION: "G"

### J U D G M E N T

Pursuant to the Court's order and reasons entered April 13, 2016[1], **IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendant, East Jefferson Hospital and against plaintiff, Anderson Brooks.

The remaining matters were brought before the Court on a show cause order[2], after due notice to the attorneys of record to show cause why this action should not be dismissed, and no cause being shown, the Court hereby orders the case dismissed;   Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment dismissing Joseph Miller and Joseph McMillan, at plaintiff's costs, without prejudice.

New Orleans, Louisiana, this ___2nd___ day of November 2016.

_Nannette Jolivette Brown_
NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. No. 12

[2] Rec. Doc. No. 13